# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| PROSERV REMOVAL, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CRYSTEEL MANUFACTURING, INC.<br><br>Defendant(s). | Case No. 0:21-cv-00200 (SRN/ECW)<br><br>CLASS ACTION<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE CLASS ACTION COMPLAINT** |

**WHEREAS,** on January 27, 2021, Proserv Removal, Inc. ("Proserv") filed a Class Action Complaint ("Complaint") against Defendant Crysteel Manufacturing, Inc. ("Crysteel") (ECF 1);

**WHEREAS,** Proserv served the Complaint via process server on January 29, 2021;

**WHEREAS**, Crysteel's answer or motion was due February 19, 2021;

**WHEREAS,** Crysteel sought Proserv's consent to extend time to file an answer or motion, and pursuant to Order (ECF 14), a twenty-one (21) day extension was granted setting the deadline as March 12, 2021;

**WHEREAS,** to facilitate discussions in an effort to resolve the matter, the parties stipulated to a thirty (30) day extension of time for Crysteel to respond to

the Complaint (ECF 15), and the Court granted the extension on March 15, 2021, extending the deadline to April 12, 2021 (ECF 17);

**WHEREAS**, the parties are still engaging in good faith discussion to resolve this dispute, and have started to informally exchange information to facilitate settlement;

**WHEREAS**, to give the parties additional time to discuss settlement and exchange information, the parties agree to extend Cysteel's response deadline by seventy-five (75) days; and,

**NOW, THEREFORE,** good cause having been shown, the parties, by their respective counsel, hereby stipulate and agree to extend Crysteel's response deadline by seventy-five (75) days, or until June 28, 2021.

Dated: April 9, 2021   **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

 s/ Karen Hanson Riebel
Karen Hanson Riebel, Reg. No. 0219770
Kate M. Baxter-Kauf, Reg. No. 392037)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
(612) 339-6900

Kenneth J. Grunfeld, Esq.
*Admitted Pro Hac Vice*
**GOLOMB & HONIK, P.C.**
1835 Market Street
Suite 2900
Philadelphia, PA 19103
kgrunfeld@golombhonik.com
(215) 985-9177

*Attorneys for Plaintiff
and the Proposed Classes*

Dated: April 9, 2021                **GREENE ESPEL PLLP**

 s/ Jeanette M. Bazis
Jeanette M. Bazis, Reg. No. 0255646
X. Kevin Zhao, Reg. No. 0391302
Aaron P. Knoll, Reg. No. 0393066
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
jbazis@greeneespel.com
kzhao@greeneespel.com
aknoll@greeneespel.com
(612) 373-0830

*Attorneys for Defendant
Crysteel Manufacturing Inc.*