UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Proserv Removal, Inc., *on behalf of itself individually and all others similarly situated*, | Case No. 21-CV-0200 (SRN/ECW) |
| Plaintiff, | **ORDER** |
| v. | |
| Crysteel Manufacturing, Inc., | |
| Defendant. | |

Karen Hanson Riebel and Kate M. Baxter-Kauf, Lockridge Grindal Nauen PLLP, 100 Washington Ave South, Suite 2200, Minneapolis, MN 55401-2179, and Kenneth Jay Grunfeld, Golomb Spirt Grunfeld, P.C., PA – Pennsylvania, 1835 Market Street, Suite 2900, Philadelphia, PA 19103 for Plaintiff Proserv Removal, Inc.

Aaron P. Knoll, Jeanette M. Bazis, and X. Kevin Zhao, Greene Espel, 222 South Ninth Street, Suite 2200, Minneapolis, MN 55402, and David Osterman and Sean T. Stadelman,
Goldberg Segalla LLP, 301 Carnegie Center Drive, Suite 200, Princeton, NJ 08534, for Defendant Crysteel Manufacturing, Inc.

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: October 7, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge