# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Proserv Removal, Inc., *on behalf of itself individually and all others similarly situated*,

                Plaintiff,

    v.

Crysteel Manufacturing, Inc.,

                Defendant.

Case No. 21-CV-0200 (SRN/ECW)

**ORDER**

---

Karen Hanson Riebel and Kate M. Baxter-Kauf, Lockridge Grindal Nauen PLLP, 100 Washington Ave South, Suite 2200, Minneapolis, MN 55401-2179, and Kenneth Jay Grunfeld, Golomb Spirt Grunfeld, P.C., PA – Pennsylvania, 1835 Market Street, Suite 2900, Philadelphia, PA 19103 for Plaintiff Proserv Removal, Inc.

Aaron P. Knoll, Jeanette M. Bazis, and X. Kevin Zhao, Greene Espel, 222 South Ninth Street, Suite 2200, Minneapolis, MN 55402, and David Osterman and Sean T. Stadelman, Goldberg Segalla LLP, 301 Carnegie Center Drive, Suite 200, Princeton, NJ 08534, for Defendant Crysteel Manufacturing, Inc.

---

This matter is before the Court on the Stipulation of Dismissal filed by the parties [Doc. No. 37]. Pursuant to the Stipulation, IT IS HEREBY ORDERED that:

The Stipulation is APPROVED and this matter is dismissed in its entirety with prejudice, with each party bearing its own costs.

Dated: November 16, 2021

                                  s/Susan Richard Nelson
                                  SUSAN RICHARD NELSON
                                  United States District Judge